IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLIE LAMONTE MCKINNEY, JR., | * |
| Plaintiff, | * |
| v. | Case No.   7:20-CV-72(WLS-TQL) |
| | * |
| WARDEN SEAN EMMONS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 18, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of November, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk